| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert E. Opera – State Bar No. 101182<br>**WINTHROP COUCHOT PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, #400<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100/Facsimile: (949)720-4111<br>☒ *Attorney for: Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>American Spectrum Realty, Inc.<br><br>Debtor.(s). | CASE NO.:8:15-bk-1-721 SC<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists    Dated Filed: <u>concurrently</u>
☒ Amendments to the petition, statement of affairs, schedules or lists    Dated Filed: <u>as necessary</u>
☒ Other: _____    Dated Filed: <u>as necessary</u>

**PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____    _____June 3, 2015_____
Sig*n*ature of Authorized Signatory of Filing Party    Date

J. Michael Issa, Chief Restructuring Officer
*Printed Name and Title of Authorized Signature of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____    _____June 3, 2015_____
Robert E. Opera

_____    _____June 3, 2015_____
Jeannie Kim

---

| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert E. Opera -- State Bar No. 101182<br>WINTHROP COUCHOT PROFESSIONAL CORPORATION<br>660 Newport Center Drive, #400<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100<br>Facsimile: (949) 720-4111<br>Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>American Spectrum Realty, Inc.<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.: 8:15-bk-10721 SC<br>ADV. NO.:<br>CHAPTER: |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1 and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, J. Michael Issa, the Chief Restructuring Officer in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the debtor corporation.
    ☐ I am a party to an adversary proceeding.
    ☐ I am a party to a contested matter.
    ☐ I am the attorney for the debtor corporation.

2.a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

| William J. Carden | Chairman of Board | 33.3% of outstanding common stock |
|---|---|---|
| Estate of John N. Galardi | S/H | 16.5% of outstanding common stock |

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____
Signature of Attorney or Declarant

J. Michael Issa, CRO
Printed Name of Attorney or Declarant

June 3, 2015
Date

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009

F 1007-4

MAINDOCS-#211906-v1-AmSpectrumCorpOwnershipCert

Form B4 (Official Form 4)(12/07)

| United States Bankruptcy Court<br>Central District of California ||
|---|---|
| In re :    American Spectrum Realty, Inc/<br>Debtor | Case No. 8:15-bk-10721 SC<br>Chapter 11 |

# Form 4.
# ****List Of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing of this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, sucj as "A.B., a minor child, by John Doe, guardian." Do not disclosr the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Allen Matkins Leck Gamble Mallory<br>515 South Figueroa St, 7th Floor<br>Los Angeles, CA 90071-3398 | Michael L. Matkins Esq.<br>(213) 955-5522 (direct)<br>(213) 620-8816 (fax)<br>mmatkins@allenmatkins.com | | Disputed | $837,164.12 |
| Faubus Keller L.L.P.<br>1001 Texas Avenue, 11th Floor<br>Houston, TX 77002 | Beth Brown I Office Administrator<br>713-222-6400 main<br>713-222-7240 fax<br>beth@faubuskeller.com | | Disputed | $500,000.00 |
| CIGNA HealthCare<br>Attn: Revenue Management<br>P.O. Box 644546<br>Pittsburgh, PA 15264-4546 | Michael P. Eigner<br>Senior Client Manager<br>2700 Post Oak, Ste. 700<br>Houston, TX 77056<br>713.576.4348 Direct<br>713.205.6785 Cell | | Disputed | $242,551.54 |
| First Insurance Funding Corporation<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062 | Celene M Platt<br>Alliant Insurance Services, Inc.<br>200 S Wacker Drive<br>Suite 3030<br>Chicago, Il 60606<br>Cell: 312-391-2864<br>Fax: 312-546-5620<br>CA License No OC36861<br>Celene.platt@alliant.com | | Disputed | $102,395.26 |
| Gainer Donnelly & Desroches<br>2 Riverway, 15 Floor<br>Houston, TX 77056 | 713 621 8090<br>Fax: 713 621 6907 | | Disputed | $101,452.66 |

| | | | | |
|---|---|---|---|---|
| Polsinelli Shughart PC<br>One East Washington St, Suite 1200<br>Phoenix, AZ 85004-2568 | Jonathan T Brohard<br>602 650-2000<br>jbrohard@polsinelli.com | | Disputed | $91,189.85 |
| EEPB, P.C.<br>1333 W Loop South, Suite 1400<br>Houston, TX 77027 | Phone:713-622-0016<br>Fax: 713-622-5527<br>Courtney Blackburn<br>courtney.blackburn@eepb.com | | Disputed | $55,500.00 |
| Thompson & Knight LLP<br>333 Clay Street, Suite 3300<br>Houston, TX 77002 | 713-654-8111<br>www.tklaw.com | | Disputed | $55,007.18 |
| Tracy Thomson<br>2967 Michelson Drive, Ste G240<br>Irvine, CA 92612 | Thomson's attorney<br>King Parret & Droste<br>450 Newport Center Dr Suite 500<br>Newport Bearch 92660 | | Disputed | $55,000.00 |
| Carr, Riggs, & Ingram, LLC<br>4360 Chamblee Dunwoody Rd # 420<br>Atlanta, GA 30341 | Scott Abrams, CPA<br>Voice: 770-457-6606<br>Fax: 770-255-6087<br>sabrams@cricpa.com | | Disputed | $53,896.80 |
| Donovan & Watkins, LP<br>1400 Post Oak Blvd., Ste. 200<br>Houston, TX 77056 | Colleen Montague<br>714 547 4514<br>713-547-4400<br>cmontague@willisgroupus.com | | Disputed | $45,453.94 |
| Stacey F. Speier<br>6129 Edloe<br>Houston, TX 77005 | | | Disputed | $37,000.00 |
| Jerry Love CPA, LLC<br>3305 N. 3rd Street, Suite 304<br>Abilene, TX 79603 | Jerry L. Love<br>Phone - 325-437-5683<br>Fax 325-437-7197<br>Cell # 325-439-0101<br>jerry@jerrylovecpa.com | | Disputed | $31,117.70 |
| Bammelbelt, LP<br>c/o Cindie Keller<br>2537 South Gessner, Suite #250<br>Houston, TX 77063 | | | Disputed | $30,130.50 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | Disputed | $28,437.44 |
| Moody Law Group, PLLC<br>3003 Alabama<br>Houston, TX 77098 | John Moody Fr<br>713 773 5526<br>Jmoody@moodylawgroup.com | | Disputed | $24,375.10 |
| Thompson Coe Cousins & Irons, LLP<br>700 N. Pearl Street, 25th Floor<br>Dallas, TX 75201 | Lisa Gilmore<br>Billing/Collections Manager<br>214.880.2532<br>LGilmore@thompsoncoe.com | | Disputed | $23,315.52 |

-2-

| | | | | |
|---|---|---|---|---|
| Luce Forward<br>Attn: Corporate Officer<br>600 West Broadway, Suite 2600<br>San Diego, CA 92101 | T: 619.236.1414<br>F: 619.232.8311 | | Disputed | $19,581.75 |
| CoStar Realty Information, Inc.<br>7373 Kirkwood Court, Suite 200<br>Maple Grove, MN 55369 | Katherine Bloom - Collections<br>888-265-1444 | | Disputed | $15,654.99 |
| Quest Personnel Resources, Inc.<br>50 Briar Hollow, #510E<br>Houston, TX 77027 | Phone: 713 961 0605<br>www.questpersonnel.com | | Disputed | $13,254.95 |

      I, J. Michael Issa, the Chief Restructuring Officer of the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: June 3, 2015

                                              J. Michael Issa, CRO
                                              Debtor's Signature and Title

| | |
|---|---|
| Name | — State Bar No. |
| | Winthrop Couchot Professional Corporation |
| Address | 660 Newport Center Drive, Fourth Floor |
| | Newport Beach, CA 92660 |
| Telephone | (949) 720-4100 |

Attorneys For Debtor(S)

(CLERK'S STAMP)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re: **American Spectrum Realty, Inc.**

Case No. 8:15-bk-10721 SC

Debtor(s)

**LIST OF EQUITY SECURITY HOLDERS**

(Set forth here all names, including trade names used by debtors(s) within last 6 years.)

Social Security No. _____

Social Security No. _____

Debtor's Employer's Tax Identification No.    52-2258674

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOW ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| TO BE PROVIDED | | | |
| | | | |
| | | | |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, J. Michael Issa, the Chief Restructuring Officer of American Spectrum Realty, Inc., the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: June 3, 2015

_____
J. Michael Issa, Chief Restructuring Officer
Debtor's Signature and Title

| Party Name, Address, and Telephone Number (CA State Bar No. If applicable) | FOR COURT USE ONLY |
|---|---|
| Robert E. Opera – State Bar No. 101182<br>ropera@winthropcouchot.com<br>WINTHROP COUCHOT PROFESSIONAL CORPORATION<br>660 Newport Center Drive, #400<br>Newport Beach, CA 92660<br>(949) 720-4100 | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>American Spectrum Realty, Inc.,<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER: 8:15-bk-10721 SC<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

   16192 Coastal HWY, Lewes, DE 19958

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   2401 Fountainview, Suite 750, Houston, TX 77057

3. Disclose the current business address(es) for all corporate officers:

   12000 Westheimer Rd., Suite 230, Houston, TX 77077.

   19100 Von Karman Avenue, Suite 900, Irvine, CA 92612

4. Disclose the current business address(es) where the Debtor's books and records are located:

   12000 Westheimer Rd., Suite 230, Houston, TX 77077.

---

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

MAINDOCS-#211889-v1-AmSpectrumVenueDisclosureStatement

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)    **VEN-C**

| In re:<br><br>American Spectrum Realty, Inc.<br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 8:15-bk-10721 SC |
|---|---|

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    19100 Von Karman Avenue, Suite 230, Irvine, CA 92612

6. Disclose any different address(es) to those listed above within six months prior to the filing of the petition and state the reasons for the change in address(es):

    12000 Westheimer Rd., Suite 230, Houston, TX 77077.·

    Houston office relocated from 2401 Fountainview to 12000 Westheimer in March, 2015.

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

    J. Michael Issa, CRO
    **GlassRatner Advisory & Capital Group**
    19800 MacArthur Blvd # 820
    Irvine, CA 92612

8. Total number of attached pages of supporting documentation: 0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 3rd of June 2015 at Newport Beach, California.

**J. Michael Issa**                                                                 _[signature]_
_Type Name of Officer_                                                    _Signature of Declarant_

**CRO**
_Position or Title of Officer_

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any co-partnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Yes. American Spectrum Realty, Inc., case No. 4-15-bk-31514, filed March 16, 2015 in the Southern District of Texas, Houston Division, on March 16, 2015. On March 19, 2015, the case was transferred to the Central District of California and assigned case no. 8:15-bk-11397 SC. On or about May 1, 2015 that case was dismissed.**

**In addition, affiliate Verdugo, LLC, filed its chapter 11 (case no. 8:15-bk-10701 SC) on February 22, 2015, and is pending in the Central District, Santa Ana division, assigned to Judge Scott Clarkson.**

**The following cases of affiliates of the Debtor named herein, were filed on January 6, 2014, are being administered under Case No. 14-30174, assigned to Judge David Jones, and are pending in the Southern District of Texas,**
   **1. ARS-8 Centre LP (case no. 14-30174)**
   **2. ASR-Fountainview Place LP (case no. 14-30175)**
   **3. ASR-Parkway One & Two LP (case no. 14-30176**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).) **Not Applicable**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).) **See response to #1 above.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).) **Not Applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

| Executed at | Newport Beach, | California | |
|---|---|---|---|
| Dated | June 3, 2015 | | Debtor
By: J. Michael Issa, CRO |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

**F 1015-2.1**
MAINDOCS-#211511-v1-AmSpectrumStmtRelatedCases

Form B203 - Disclosure of Compensation of Attorney for Debtor – (1/88))            1998 USBC, Central District of California

# United States Bankruptcy Court
## Central District of California

In re :    American Spectrum Realty, Inc.            Case No. 8:15-bk-10721 SC

Debtor            Chapter 11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept for services rendered    $    Hourly

   Prior to the filing of this statement, I have received payment of    $    52,000.00

   Balance Due    $

2. The source of compensation paid to me was:

   ☐ Debtor      ☒ Other (specify) $25,000 from ASR Parkway One & Two LLC; $2,000.00 from American Spectrum Management Group'; $25,000.00 from American Spectrum Management.

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☒ Other (specify) Wholly-owned subsidiaries of the Debtor

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

   b) Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

   c) Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) (Other provisions as needed) **See Application to Employ Winthrop Couchot Professional Corporation and its exhibits to be filed with the Court ("Application").**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services: **See Application**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: June 3, 2015

*/s/ Robert E. Opera*

**Robert E. Opera**

**Winthrop Couchot Professional Corporation**
Attorney for Debtor(s)

---