| Attorney or Party Name, Address, Telephone & FAX Nos. State Bar No. & Email Address<br>Robert E. Opera - State Bar No. 101182<br>Winthrop Couchot Professional Corporation<br>660 Newport Center Drive, #400<br>Newport Beach, CA 92660<br>Tele: 949-720-4100<br>Fax: 949-720-4111 | FOR COURT USE ONLY |
|---|---|
| ☒ Attorney for Debtor(s)<br>☐ Debtor in Pro Per | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>AMERICAN SPECTRUM REALTY, INC.,<br><br><br><br><br><br>Debtor(s). | Case No. 8:15-BK-10721 SC<br>Chapter 11<br><br>VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS<br>[LBR 1007-1(d)] |
|---|---|

Pursuant LBR 1007-1(d), the Debtor, or debtor's attorney if applicable, certified under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _6_ sheet(s) is complete, correct and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: June 3, 2015

/s/ J. Michael Issa

J. Michael Issa, Chief Restructuring Officer
Name and Title
Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014                                                                 F 1007-1.MAILING.LIST.VERIFICATION
                                                                                                     61232 v2

Andrew Taylor
For Paul Cagle Inc. (D/B/A The Kings)
6750 West Loop South Suite 845
Bellaire, TX 77401


Basden & IVIE/ Elizabeth Basden
For PPC Irvine Center Investment, LLC
17300 Dallas Parkway Suite 3160
Dallas, TX 75248


Brian P. Cweren/The Cweren Law Firm
For Dunham & Associates Holdings, Inc. et al
3311 Richmond Avenue, Suite 305
Houston, TX 77098


Christina Minshew Lewis/Lewis & Barnes
For ASR 2620 2630 Fountainview LP
5248 Larkin, Suite A
Houston, TX 77007


Christopher Murray Diamond McCarthy LLP
For Tremaine Enters
909 Fannin St. Suite 1500
Houston, TX 77010


Cynthia Gudde, (Personal Representative and Admini)
Bretton C. Gerard
111 W. Spring Valley Rd. Suite 250
Richardson, TX 75081

D&A Daily Mortgage Fund III LP
Kiara W. Gebhart/Shulman Hodges & Bastian LLP
100 Spectrum Center Drive Suite 600
Irvine, CA 92618


Daniel Adam Sprin/Dentons US, LLP
For GSMS
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6459


Daniel John Sheridan/Stark & Stark
For Thomas Spano
993 Lenox Drive., Bldg. 2
Lawrenceville, NJ 08648


Darwin Seidel
For Houston SouthPro Restoration Services Inc
7324 Southwest Freeway, Suite 608
Houston, TX 77074


Darwin Seidel
For JVB Enterprises, Inc.
7324 Southwest Freeway, Suite 608
Houston, TX 77074


Douglas A. Daniels/Daniels & Gentle, LLP
Bammelbelt LP and Stava Partners, LLC
6363 Woodway Suite 980
Houston, TX 77057

Edward Hernandez III/Holt Mynatt Martinez P.C.
For Casa Banders
P.O. Box 2699
Las Cruces, New Mexico 88004


Edward Jason Dennis/Lynn Tillotson, etc.
For NextEra
2100 Ross Ave., Suite 2700
Dallas, TX 75201


Fred Wahrlich/Munsch Hardt Kopf & Harr, P.C.
For John Galardi Estate
700 Milam, Suite 2700
Houston, Texas 77002


Hallett & Perrin, P.C./ Bryan P. Stevens
Preferred Income Partners IV, LLC
1445 Ross Avenue, Suite 2400
Dallas, TX 75202


J. Beverly/Dow Golub Remels & Beverly, LLP
For DTN Holdings, LLC
9 Greenway Plaza Suite 500
Houston, TX 77046


Jeremy A. Roberts/Weycer, Kaplan, Pulaski & Zuber, P.C.
For Keeton Contract Services
Eleven Greenway Plaza Suite 1400
Houston, TX 77046

Law Offices of Daniel S. Levinson
For Paul Perkins
990 Highland Drive Suite 206
Solana Beach, CA 92075


Leslie S. Akins/Leslie Schwaebe Akins, A Law Corp.
For College Park Tic 5, LLC
5927 Balfour Court Suite 114
Carlsbad, CA 92008


Luce Forward
Attn: Corporate Officer
600 West Broadway, Suite 2600
San Diego, CA 92101


Madison S. Spach Jr. /Spach, Capaldi & Waggaman
For New West Realty, Inc.
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660


Madison S. Spach Jr./Spach, Capaldi & Waggaman, LLP
For Evergreen Realty
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660


NextEra Retail of Texas LP
Attn: Managing Partner
21123 Eva St.
Montgomery TX 77356

PPC Irvine
Elizabeth Basden/Basden & Ivie
17300 Dallas Parkway, Suite 3160
Dallas, TX 75248


PPC Irvine Center Investment, Inc.
Rose W. Tsai Esq.
Law Offices of Rose Tsai & Assoc.
18662 MacArthur Bl. Ste 200
Irvine, CA 92612


Preferred Income Partners
Bryan P. Stevens/Hallet & Perrin, P.C.
1445 Ross Ave., Suite 2400
Dallas, TX 75202


Preferred Income Partners IV, LLC
13760 Noel Road Ste 800
Dallas TX 75240


Spirn, Daniel Adam/Dentons US LLP
For GSMS 2004-GG2 Phantom Road, LLC
211 N. Broadway, #3000
St. Louis, MO 63102-2726


Stark & Stark/ Daniel John Sheridan
For Thomas Spano
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648

Travis W. Foster/Ross, Banks, May, C Ron & Cavin, P.C.
For Bank of Houston
2 Riverway, Suite 700
Houston, TX 77056


Wells & Cuellar, P.C.
For Kurt Sabatasso and Donna Sabatasso
440 Louisiana Suite 718
Houston, TX 77002


William Craft Hughes/Hughes Ellzey LLP
For William McGrath and Darren Kelley
Galleria Tower 1, 2700 Post Oak Blvd. Suite 1120
Houston, Texas 77056


William Craft Hughes/Hughes Ellzey LLP
For Eppolito, Gus Anthony Jr.
Galleria Tower 1, 2700 Post Oak Blvd. # 1120
Houston, TX 77056