

**FILED & ENTERED**

**JUN 18 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** nbolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

| | |
|---|---|
| In re<br><br>American Spectrum Realty,<br><br>    Alleged Debtor. | Case No. 8:15-bk-10721-SC<br><br>Chapter 11<br><br>**ORDER DENYING DEBTOR'S MOTION FOR ORDER APPROVING SECURED FINANCING PURSUANT TO SECTION 364(c)(1) AND (2)**<br><br>Date: June 17, 2015<br>Time: 10:00 a.m.<br>Courtroom 5C |

The Debtor's Motion For Order Approving Secured Financing Pursuant To Section 364(c)(1) and (2) [Dk. 160] ("Motion") came on for hearing on June 17, 2015, in the above captioned case. Appearances were as noted on the record. Based upon the Motion, the oppositions thereto, oral argument, and the record as a whole, and for the

///

1

reasons set forth on the record,

    IT IS ORDERED that the Motion is DENIED.

###

Date: June 18, 2015

Scott C. Clarkson
United States Bankruptcy Judge