PETER C. ANDERSON
United States Trustee
Frank Cadigan (Bar No. 95666)
Assistant United States Trustee
Ronald Reagan Federal Building
& U.S. Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In re: | CASE NUMBER:  8:15-bk-10721-SC |
|---|---|
| American Spectrum Realty, Inc. | CHAPTER 11 |
| | APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |
| Debtor | |

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S ATTORNEY AND PARTIES IN INTEREST:**

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following three members to serve on a Committee of Creditors holding unsecured claims.

**SEE EXHIBIT "A" ATTACHED**

Dated: January 21, 2016

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By:   */S/ Frank Cadigan*
       Frank Cadigan
       Assistant United States Trustee

In Re:  American Spectrum Realty, Inc.

Case No.  8:15-bk-10721-SC

**DTN Holdings, LLC**

Dorothy Nicholson

11310 Holidan Way

Houston, TX 77024

Telephone: (713) 647-7724

**Luke V.  McCarthy**

3452 East Foothill Blvd., Suite 200

Pasadena, CA 91107

Telephone: (626) 796-8720

**Gary Langendoen**

3452 East Foothill Blvd., Suite 200

Pasadena, CA 91107

Telephone: (626) 796-8700

# EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #9041, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled (*specify*):   APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 21, 2016,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Leslie Schwaebe Akins     lsa@stockmarketlaw.com, vs@stockmarketlaw.com;aks@stockmarketlaw.com
•Robert D Bass     rbass@greenbass.com, mkerpik@greenbass.com;ecfnotification@greenbass.com
•James C Bastian     jbastian@shbllp.com
•Reem J Bello     rbello@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
•Michael J Bujold     Michael.J.Bujold@usdoj.gov
•Frank Cadigan     frank.cadigan@usdoj.gov
•Alexandre I Cornelius     aicornelius@costell-law.com, jgalliver@costell-law.com;mharris@costell-law.com;cevans@costell-law.com;ladelson@costell-law.com;jlcostell@costell-law.com
•Douglas A Daniels     douglas.daniels@danielsgentle.com, elizabeth.miller@danielsgentle.com;jeremy.williams@danielsgentle.com
•Sean B Davis     sbdavis@winstead.com, sbdavis@winstead.com;jhebert@winstead.com
•Robert H Dewberry     robert.dewberry@dewlaw.net
•Lei Lei Wang Ekvall     lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
•Marjorie A Elken     melken@zrlawgroup.com, cstinson@zrlawgroup.com
•Richard L Fuqua     fuqua@fuquakeim.com
•Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
•Cristina A Guido     cguido@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
•Brian P Holmes     bholmes@gersonlaw.com
•William C Hughes     craft@hughesellzey.com
•Ira Benjamin Katz     IKatz@katzlaw.net, ikatz@ecf.inforuptcy.com
•Jeannie Kim     jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com
•Leib M Lerner     leib.lerner@alston.com
•Andrew B Levin     alevin@winthropcouchot.com, bayrelevin@hotmail.com;pj@winthropcouchot.com;mconour@winthropcouchot.com
•Peter W Lianides     plianides@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
•Melissa Davis Lowe     mdavis@shbllp.com, lverstegen@shbllp.com
•Susan I Montgomery     susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com
•Kevin J. Moore     Kmoore@kjmlaw.com, ddoitch@kjmlaw.com
•Sarah D Moyed     moyeds@sec.gov
•Robert E Opera     ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
•Ronak Patel     rpatel@co.riverside.ca.us, mdominguez@co.riverside.ca.us
•Jeffrey R Patterson     jpatterson@allenmatkins.com, csandoval@allenmatkins.com
•Todd C. Ringstad     becky@ringstadlaw.com
•Lorraine M Sarles     lorraine.sarles@alston.com
•Melody T Scullary     Melody.Scullary@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
•Randye B Soref     rsoref@polsinelli.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- Tamar Terzian     terzian@kingobk.com, cynthia@kingobk.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Reed S Waddell     rwaddell@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kimberly Walsh     bk-kwalsh@texasattorneygeneral.gov
- Craig A Welin     cwelin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com
- Jeffrey C Wisler     jwisler@connollygallagher.com, dperkins@connollygallagher.com

.

**2. SERVED BY UNITED STATES MAIL**:  On **January 21, 2016,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

American Spectrum Realty Inc.
J. Michael Issa
Chief Restructuring Officer
12000 Westheimer Rd., Ste. 230
Houston, TX 77077

**"ATTACHED EXHIBIT A"**


**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 21, 2016,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott Clarkson--- bin on the 5th fl.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/21/16 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**